UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARATHON PETROLEUM COMPANY LP; and TESORO MARKETING COMPANY LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ARKEMA, INC.; BASF CORPORATION; EIDP, INC.; THE CHEMOURS COMPANY; TYCO FIRE PRODUCTS; WILLIAMS FIRE AND HAZARD CONTROL, INC.; and ABC CORPORATIONS 1-20,<br><br>Defendants. | CASE NO. C25-1250 MJP<br><br>ORDER DENYING DEFENDANT'S MOTION TO STAY AS MOOT |

This matter comes before the Court on Defendant Tyco Fire Products LP and Williams Fire and Hazard Control Inc.'s Motion to Stay. (Dkt. No. 37.) Having reviewed the Motion, the Response (Dkt. No. 39), the Reply (Dkt. No. 40), and all supporting materials, the Court DENIES Tyco's Motion as MOOT.

ORDER DENYING DEFENDANT'S MOTION TO STAY AS MOOT - 1

1     In its Motion, Tyco asks the Court to stay the execution of the remand for 30 days from the date of entry of the Order of Remand. (Mot. at 1-2.) Tyco sought the stay in order to determine whether it desired to file an appeal, and, if so, to then file their appeal. Thirty days have since elapsed from the entry of the Order of Remand, and Tyco has not filed a notice of appeal. The Court therefore finds the requested relief MOOT, and DENIES the Motion. The Court directs the Clerk to effectuate the remand of this matter to Skagit County Superior Court.

    The clerk is ordered to provide copies of this order to all counsel.

    Dated October 14, 2025.

                                            Marsha J. Pechman
                                            United States Senior District Judge